No. 46, Misc. HANDY *v.* PATUXENT INSTITUTION DIRECTOR. Ct. Sp. App. Md. Certiorari denied. *Francis B. Burch,* Attorney General of Maryland, and *Edward F. Borgerding,* Assistant Attorney General, for respondent.

No. 51, Misc. BERNAL *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Ronald M. George,* Deputy Attorney General, for respondent.

No. 47, Misc. SCHOEPFLIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *William S. Hochman* and *Robert E. Lynch, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 48, Misc. CHABOLLA-DELGADO *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *Stella Gramer* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Philip R. Monahan* for respondent.

No. 54, Misc. PADGETT *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *David U. Tumin,* Assistant Attorney General, for respondent.

No. 56, Misc. MILANI *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *William G. Clark,* Attorney General of Illinois, for respondent.